ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

CRAIG W. STEWART

\*      IN THE

\*      COURT OF APPEALS

\*      OF MARYLAND

\*      Misc. Docket AG No. 84

\*      September Term, 2020

### CORRECTED ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Craig W. Stewart, to indefinitely suspend the Respondent from the practice of law for violations of 19-301.15(a), 19-308.4(d) and 19-410(c) of the Maryland Attorneys' Rules of Professional Conduct, it is this 7th day of April, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Craig W. Stewart, be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Craig W. Stewart from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/84a20agcn.pdf